FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0122

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA 24-0122

RESERVATION OPERATIONS CENTER,
LLC, a Montana Limited Liability Company,
d/b/a NATIONAL PARKS
RESERVATIONS,

    Plaintiff, Appellant, and Cross-

Appellee

v.

PAYNE FINANCIAL GROUP, INC., a
Montana Corporation; PAYNEWEST
INSURANCE, INCE., a Montana
Corporation; STATE OF MONTANA
COMMISSIONER OF SECURITIES AND
INSURANCE,

    Defendants, Appellees, and Cross-

Appellant

**ORDER**

---

On Appeal from the Eleventh Judicial District Court, Flathead County
Cause No. DV-15-1028-NE
The Honorable Robert B. Allison, Presiding

---

Plaintiff/Appellant/Cross-Appellant National Parks Reservations ("NPR")

has moved, unopposed, for a 30-day extension of time, up to and including May

10th, 2024, to file his Cross-Appellant Reply Brief, which is currently due April

10th, 2024. Good cause appearing,

IT IS SO ORDERED that NPR's motion is granted, and it may have up to and including May 10th, 2024, in which to file his Opening Brief.

Dated: _4-8-24_

_____
Clerk of the Supreme Court

cc.   Carey B. Schmidt/David C. Berkoff
      Maxon R. Davis
      Scott M. Stearns/Thomas J. Leonard